United States District Court
Southern District of Texas
FILED

MAR 2 8 2017

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | Criminal No. M-17-446 |
| DANIEL FLORES | § § § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about March 8, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**DANIEL FLORES**

a felon, having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, in the Western District of Arkansas, on September 23, 2010, in cause number 5:10CR50005-001, for Conspiracy to Distribute Marijuana and Conspiracy to Commit Money Laundering, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm, namely, a Beretta, Model PX4 Storm, 9mm pistol; a Ruger, Model 9E, 9mm pistol; a Ruger, Model SR45, .45 caliber pistol; and a Citadel, Model M1911-A1-FS, .45 caliber pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### NOTICE OF FORFEITURE
### 18 U.S.C. §922(g)(1)

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to defendant,

**DANIEL FLORES**

that upon conviction of a violation of Title 18, United States Code, Section 922(g)(1), all firearms involved in said violation are subject to forfeiture, including but not limited to the following:

Beretta, model PX4 Storm, 9mm pistol, SN: PX3511M

Ruger, model 9E, 9mm pistol, SN: 337-33117

Ruger, model SR45, .45 caliber pistol, SN: 380-55011

Citadel, model M1911-A1-FS, .45 caliber pistol, SN: CIT016040

A TRUE BILL

_____
FOREPERSON

ABE MARTINEZ
ACTING UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY